UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

ROBERT SMITH

UNDER SEAL

CRIMINAL COMPLAINT

CASE NUMBER: 3:05-MJ-1092

ORDER

Based upon the motion filed by the United States and for the reasons set forth therein, it is hereby ORDERED that the affidavit in support of the complaint in the above-styled case be sealed until further order of this Court.

Entered this the 18 day of November, 2005.

/s/ H. Bruce Guyton

H. BRUCE GUYTON
UNITED STATES MAGISTRATE JUDGE